```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
```

SHANE AND ALYSON DECKER,        )
                                )
        Plaintiff               )
                                )   No. 3:14-0156
v.                              )   Judge Campbell/Griffin/Bryant
                                )   **Jury Demand**
HANOVER INSURANCE COMPANY,      )
                                )
        Defendant               )

### **O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on February 5, 2015. The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case. The **Clerk** is directed to return this file to Magistrate Judge Griffin.

It is so **ORDERED**.

                                /s/  John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge