IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SHANE and ALYSON DECKER, | ) |
| Plaintiffs, | ) JURY DEMAND |
| v. | ) Case No.: 3:14-cv-0156 |
| HANOVER INSURANCE COMPANY, | ) Judge Campbell/Griffin/Bryant |
| Defendant. | ) |

**JOINT STIPULATION AND AGREED ORDER OF DISMISSAL
WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate as follows:

1. All of the claims asserted by Plaintiffs, Shane and Alyson Decker, against the Defendant, Hanover Insurance Company, are hereby dismissed with prejudice.

2. The parties shall bear their own respective attorney's fees, expenses, and discretionary costs, except as otherwise agreed upon by the parties.

3. The Defendant shall bear all court costs.

**IT IS SO ORDERED.**

**ENTERED** this the _____ day of June, 2015.

_____
**TODD J. CAMPBELL**
**United States District Judge**

APPROVED FOR ENTRY:


*/s/ Sonya S. Wright*_____
Sonya S. Wright (BPR 023898)
Hagan & Farrar, PLLC
106 N. Church Street
Murfreesboro, TN  37130
Telephone:  (615) 800-4747
Facsimile:  (615) 900-3473
sonya@haganfarrar.com

*Attorney for Plaintiffs*


/s/ John E. Anderson (by permission Sonya S. Wright)
John E. Anderson, Sr., (BPR 013698)
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, Tennessee 37219
(615) 244-6538, telephone
(615) 256-8386, facsimile
janderson@dickinson-wright.com


*Attorneys for Defendant*